IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARYON TRACY NETTLES,

    Petitioner,                      No. CIV S-06-0501 GEB GGH P

    vs.

THOMAS CAREY, Warden,

                                  ORDER

    Respondent.

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges his 1998 conviction for passing checks for which there were insufficient funds, pursuant to Cal. Penal Code § 476(a), to which he was sentenced, evidently under the Three Strikes law, to a prison term of 26 years to life. Petition, p. 1.

        Petitioner raises the following claims: 1) there is new evidence that his conviction was based on false evidence; 2) false probation and prosecution reports were used; 3) he had ineffective assistance of counsel.

        Court records indicate that petitioner has filed a prior petition in this court challenging his 1998 conviction. In <u>Nettles v. Newland, et al.</u>, Case No. CIV S- 00-2750 GEB GGH P, the petition was denied on March 31, 2003. "Before a second or successive application

...is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(3)(A). Under Ninth Circuit Rule 22-3, "[i]f a second or successive petition or motion, or an application for leave to file such an application or motion, is mistakenly submitted to the district court, the district court shall refer it to the court of appeals."

The instant petition is a second or successive petition to CIV S-00-2750 GEB GGH P because it also challenges the 1998 conviction and sentence.  Before petitioner may proceed with this action, he must obtain an order from the Ninth Circuit Court of Appeals to proceed with this action.  Accordingly, the court will order this action transferred to the Ninth Circuit.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to transfer this action to the Ninth Circuit Court of Appeals.

DATED: 5/8/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
nett0501.scs